UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GREGORY BALLARD, JR., §<br>　　Plaintiff, §<br>v. §<br> §<br>JAMES RIVER INSURANCE §<br>COMPANY §<br>　　Defendant. § | No. 3:16-CV-3253-M |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Report and Recommendation of United States Magistrate Judge Paul D. Stickney dated January 8, 2018. The Court has reviewed the Report and Recommendation for plain error. Finding none, the Court accepts the Report and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED,** this 26th day of January, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE